No. 92–7462. MALLON *v.* UNITED STATES DISTRICT COURT ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–7463. MALLON *v.* UNITED STATES ATTORNEY FOR EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–7464. LONDON *v.* HAWS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–7467. LUCIEN *v.* READ ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7470. CUMMINGS *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 92–7473. MORITZ *v.* MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7477. SWENSON *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–7489. WILLIAMS *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7495. SHABAZZ *v.* KAISER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–7501. MAGEE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7509. CLAYTON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7515. MARINOFF *v.* A. F. A. ASSET SERVICE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7528. NAPPER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 92–7529. MULVILLE *v.* SPURGEON'S OF IOWA, INC. Ct. App. Iowa. Certiorari denied.